# EXHIBIT 2

406TH DISTRICT COURT

# CASE SUMMARY
## CASE NO. 2019CVK002461D4

| ESPERANZA PEREZ | § | Location: | **406th District Court** |
| VS. | § | Judicial Officer: | **Hale, O. J., Jr.** |
| **DOCTORS HOSPITAL OF LAREDO** | § | Filed on: | **12/10/2019** |
| | § | | |

---

### CASE INFORMATION

| | Case Type: | **All Other Civil Cases (DC)** |
|---|---|---|
| | Subtype: | **Other (DC)** |

---

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**

| Case Number | 2019CVK002461D4 |
|---|---|
| Court | 406th District Court |
| Date Assigned | 12/10/2019 |
| Judicial Officer | Hale, O. J., Jr. |

---

### PARTY INFORMATION

| | | *Lead Attorneys* |
|---|---|---|
| **Defendant** | **DOCTORS HOSPITAL OF LAREDO** | **CASTILLO, EDWARD J** |
| | | *Retained* |
| | | 956-618-0115(W) |
| | **DOE 1, JANE** | |
| | **DOE 2, JANE** | |
| | **UNIVERSAL HEALTH SERVICES INC.** | |
| **Plaintiff** | **MARTINEZ, GUILLERMO** | **GARCIA, BALDEMAR, Jr.** |
| | | *Retained* |
| | | 956-727-4441(W) |
| | **PEREZ, ESPERANZA** | **GARCIA, BALDEMAR, Jr.** |
| | | *Retained* |
| | | 956-727-4441(W) |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 12/10/2019 | Civil Case Filed (OCA) | |
| 12/10/2019 | Original Petition<br>*ORIGINAL PETITION. (DV)* | |
| 12/10/2019 | Jury Demand<br>*JURY DEMAND REQUESTED AND PAID BY ATTORNEY BALDEMAR GARCIA. (DV)* | |
| 12/16/2019 | Calendar Call<br>*FAXED THE CALENDAR CALL TO ATTORNEY BALDEMAR GARCIA.(DV)* | |
| 12/16/2019 | Citation-Issuance<br>*(2)CITATIONS ISSUED AS TO DOCTORS HOSPITAL OF LAREDO AND PLACED IN THE PRIVATE SERVERS BOX. (DV)* | |
| 12/16/2019 | **Citation**<br>DOCTORS HOSPITAL OF LAREDO<br>Served: 12/20/2019 | |

**406TH DISTRICT COURT**

# CASE SUMMARY
## CASE NO. 2019CVK002461D4

| | |
|---|---|
| 12/16/2019 | Citation-Issuance<br>*(2)CERTIFIED MAIL CITATIONS ISSUED AS TO UNIVERSAL HEALTH SERVICES INC.*<br>*AND SENT VIA CERTIFIED MAIL. (DV)* |
| 12/16/2019 | **Citation**<br>UNIVERSAL HEALTH SERVICES INC.<br>Unserved |
| 12/20/2019 | Citation Return-Executed<br>*CITATION RETURN EXECUTED AS TO DOCTORS HOSPITAL OF LAREDO (DATE OF*<br>*SERVICE (12/20/2019)* |
| 01/08/2020 | Atty Request - Miscellaneous<br>*LETTER TO CLERK REQUESTING COPIES* |
| 01/09/2020 | Atty Request - Copies<br>*LETTER TO CLERK REQUESTING COPIES*<br>*COPIES SENT TO ATTORNEY WITH PRE ADDRESSED FED EX LABEL* |
| 03/30/2020 | **Calendar Call** (2:00 PM) (Judicial Officer: Hale, O. J., Jr.) |

| DATE | FINANCIAL INFORMATION |
|---|---|

**Defendant** DOCTORS HOSPITAL OF LAREDO
| | |
|---|---|
| Total Charges | 16.00 |
| Total Payments and Credits | 16.00 |
| **Balance Due as of  1/13/2020** | **0.00** |

**Plaintiff** PEREZ, ESPERANZA
| | |
|---|---|
| Total Charges | 447.00 |
| Total Payments and Credits | 447.00 |
| **Balance Due as of  1/13/2020** | **0.00** |



A true copy of the original I certify
the ___ day of _____ 20 __
ESTHER DEGOLLADO
Clerk of the District Courts and
County Court at Law Webb County, Texas
By _____ Deputy

*Printed on 01/13/2020 at 3:32 PM*

Filed
12/10/2019 3:54 PM
Esther Degollado
District Clerk
Webb District
Diana Vela
2019CVK002461D4

Cause No. _____

| | | |
|---|---|---|
| Esperanza Perez and Guillermo Martinez, | § | In the District Court |
| individually, and on behalf of the estate of | § | |
| Isidro Martinez Perez, deceased, | § | |
|       plaintiffs, | § | |
| | § | |
| vs. | § | _____ Judicial District |
| | § | |
| Doctors Hospital of Laredo, Universal Health | § | |
| Services, Inc., Nurse Jane Doe 1, | § | |
| and Nurse Jane Doe 2, | § | |
|       defendants. | § | Webb County, Texas |

## Plaintiffs' Original Petition

Now Come Esperanza Perez and Guillermo Martinez, individually, and as representatives of
the estate of their deceased infant son, Isidro Martinez Perez, and file this their original
petition against Doctors Hospital of Laredo, Universal Health Services, Inc., Nurse Jane
Doe 1, and Nurse Jane Doe 2, and would respectfully show the Court as follows:

Discovery Control Plan

1.     Plaintiffs request discovery be conducted under Level 2 according to Texas Rule of
Civil Procedure 190.3.

Relief

2.     Plaintiffs seek monetary relief over $1,000,000.00. TEX. R. CIV. P. 47(c)(5).

Parties

3.      Plaintiff Esperanza Perez is a natural person, Texas citizen, and resident of Webb County, Texas.

4.      Plaintiff Guillermo Martinez is a natural person, Texas citizen, and resident of Webb County, Texas.

5.      Defendant Doctors Hospital of Laredo is doing business in Texas, has its principal place of business in Laredo, Webb County, Texas, and may be personally served with process by citation issued for its president/registered agent, as follows:

        Doctors Hospital of Laredo
        by serving its registered agent
        Jim Resendez, Chief Executive Officer,
        Raymond Ramos, Chief Operating Officer,
        Rebecca Garcia Hernandez, Assistant Chief Nursing Officer, or
        Mark A. Requena, Chief Financial Officer
        10700 McPherson Road
        Laredo, Texas 78045

6.      Defendant Universal Health Services, Inc. is doing business in Texas, owns and operates Doctors Hospital of Laredo, and can be served with process by citation issued and to be served by certified mail, return receipt requested, by the Webb County District Clerk, as follows:

        Universal Health Services, Inc.
        by serving its registered agent
        Corporation Service Company d/b/a CSC–Lawyers Incorporating Service Company
        211 E. 7th Street, Suite 620
        Austin, Texas 78701-3218

7.      Defendant Nurse Jane Doe 1 is an unknown person working at Doctors Hospital of Laredo on the night of the incident made the basis of this suit.

8.     Defendant Nurse Jane Doe 2 is an unknow person working at Doctors Hospital of Laredo on the night of the incident made the basis of this suit.

Venue

9.     Venue of this suit in Webb County is proper because all or a substantial part of the acts and events giving rise to this health care liability claim occurred here. TEX. CIV. PRAC. & REM. CODE ANN. § 15.002 (West, Westlaw through 2019 Reg. Sess.).

Jurisdiction

10.    This Court has subject-matter jurisdiction over the lawsuit the amount in controversy exceeds this Court's minimum jurisdictional requirements. TEX. CONST. ART. 5, § 8; TEX. GOV'T CODE ANN. §§ 24.007, 24.008 (West, Westlaw through 2019 Reg. Sess.).

Statement of Facts

11.    Infant Isidro Martinez Perez died on the early morning of November 15, 2017, a few hours after an emergency room visit to Doctors Hospital of Laredo on the evening of November 14, 2017.

12.    According to a law enforcement investigation, Julia Cruz, a Doctors Hospital administrator, confirmed the November 14th evening emergency room visit by baby Isidro and his parents, Esperanza Perez and Guillermo Martinez. Ms. Cruz advised law enforcement that a Doctors Hospital employee remembered seeing baby Isidro and his parents, but that no documentation of this visit exists.

13.    According to Ms. Perez and Mr. Martinez, they arrived to a relatively empty Doctors Hospital emergency room on November 14, 2017 and were seen within ten to fifteen minutes of arrival. Their month–old son Isidro was seen by two female nurses at

approximately 10:00 p.m. They placed a small cuff on his toe, advised that his lungs and heart sounded fine, and stated that he did not have a fever. They recommended that healthy Isidro be taken home and not remain in the emergency room due so as not to be infected with a cold or virus.

14.     At approximately 4:00 a.m. on November 15, 2017, baby Isidro Martinez Perez died. According to his autopsy and death certificate, the cause of death was acute bronchopneumonia.

15.     After baby Isidro was pronounced dead at the emergency room of Laredo Medical Center, his parents were investigated by Child Protective Services. The suspicion was that Esperanza and Guillermo might have been responsible for the death of there one–month old son Isidro. The investigation exonerated both of them, and the autopsy proved that the cause of death was bronchopneumonia. During the CPS investigation, Doctors Hospital tried to avoid responsibility by claiming that Esperanza and Guillermo refused treatment for Isidro. Doctors Hospital also failed to document Isidro's emergency room visit.

Negligence

16.     Defendants Doctors Hospital, Universal Health Services, and Nurses Jane Doe 1 and 2 committed negligence which was the proximate cause of the wrongful death of infant Isidro Martinez. This negligence includes failing to diagnose and treat baby Isidro's serious medical condition that caused his death a few hours later, as proven by his autopsy report. Defendants Doctors Hospital, Universal Health Service, Nurses Jane Doe 1 and 2 also negligently failed to document baby Isidro's emergency room visit, proven by their lack of any documentation. Defendants Doctors Hospital, Universal Health Services, and Nurses Jane Doe 1 and 2 were negligent in trying to cover–up and avoid responsibility for their misdiagnosis, mistreatment, and failure to document by falsely claiming that Isidro's parents

refused emergency medical treatment for their infant son, as stated in the CPS investigation report.

## Negligence Per Se

17.     Defendants Doctors Hospital, Universal Health Service, and Nurses Jane Doe 1 and 2 committed negligence per se by violating the laws that require the documentation of the provision of medical services, including but not limited to, the Emergency Medical Treatment and Active Labor Act (EMTALA). These regulations are designed to prevent a hospital's "dumping" or transferring of indigent patients that may not be able to pay for medical services. Defendants Doctors Hospital, Universal Health Service, and Nurses Jane Doe 1 and 2 either negligently violated EMTALA and other similar laws by failing to document baby Isidro's emergency room visit, or they intentionally refused to provide necessary medical care for financial reasons, resulting in baby Isidro's wrongful death. Regardless of the reason, defendants Doctors Hospital, Universal Health Service, and Nurses Jane Doe 1 and 2 have aggravated their wrongful conduct by falsely claiming that Esperanza and Guillermo refused emergency medical treatment for their infant son Isidro.

## Malice/Gross Negligence

18.     Defendants Doctors Hospital, Universal Health Service, and Nurses Jane Doe 1 and 2 committed malice and gross negligence that proximately caused the wrongful death of one–month old Isidro Martinez. The failure to diagnose and treat baby Isidro's life–threatening medical condition, and telling his parents that he was healthy and should go home to avoid getting sick, was committed with either with malice and gross negligence. The failure to document his emergency room visit was committed either with malice and gross negligence. If defendants Doctors Hospital, Universal Health Service, and Nurses Jane Doe 1 and 2 refused to provide medical treatment for financial reasons, such conduct was

committed with either malice or gross negligence. And the decision to cover up their negligent lack of treatment and negligent or intentional lack of documentation by claiming that baby Isidro's parents refused emergency medical treatment for their son was committed either with gross negligence or malice. Viewed objectively from the standpoint of defendants Doctors Hospital, Universal Health Service, and Nurses Jane Doe 1 and 2, their acts and omissions departed from the ordinary standard of care to such an extent that it created an extreme degree of risk of harming others, and they had actual subjective awareness of the risk involved and choose to proceed in conscious indifference to the rights safety, or welfare of others. The conduct of defendants Doctors Hospital, Universal Health Service, and Nurses Jane Doe 1 and 2 posed a likelihood of serious injury to baby Isidro and his parents

## Conditions Precedent

19.     All conditions precedent incident to filing this suit have been performed or have occurred. Notice of this health care liability claim has been provided.

## Jury Demand

20.     Plaintiffs demand a jury trial and tenders herewith the associated fee. Tex. R. Civ. P. 216.

## Prayer

21.     Wherefore, Premises Considered, plaintiffs Esperanza Perez and Guillermo Martinez, respectfully request the clerk of the Court to issue citation for defendants Doctors Hospital, Universal Health Service, and Nurses Jane Doe 1 and 2, and that they be served with process, and that after their answer or default, that the Court sets this matter for jury trial, and upon receipt of a verdict, enter a judgment that plaintiffs recover all pecuniary and non–pecuniary monetary damages, together with punitive damages, costs of court, pre and

post–judgment interest, and that plaintiffs be granted any further relief, both general and special, at law or in equity, to which they may be justly entitled to receive.

Respectfully submitted,

By:      /s/ *Baldemar Garcia Jr.*
         Baldemar Garcia Jr.
         Texas Bar No. 00790740
         bgarcia@personwhitworth.com
         Person Whitworth
         Borchers & Morales, LLP
         602 East Calton Road, 2nd Floor (78041)
         P. O. Drawer 6668
         Laredo, Texas 78042-6668
         voice 956.727.4441
         facsimile 956.727.2696
         attorneys for plaintiffs Esperanza Perez and
         Guillermo Martinez, individually and as representatives
         of the estate of Isidro Martinez Perez, deceased

Certificate of service

Plaintiffs' Original Petition was served by electronic filing and/or email notification on all attorneys of record on December 10, 2019. Tex. R. Civ. P. 21, 21a.

Edward J. Castillo
Gonzalez Castillo, LLP
1317 E. Quebec Avenue
McAllen, Texas 78503
voice      956.618.0115
facsimile 956.618.0445
law@valleyfirm.com
ecastillo@valleyfirm.com

/s/ *Baldemar Garcia Jr.*
Baldemar Garcia Jr.



A True copy of the original. I certify
the ____ 15th ____ day of ____ Jan ____ 20 20
        ESTHER DEGOLLADO
   Clerk of the District Courts and
County Court at Law Webb County, Texas
By _____ Deputy

Page 7 of 7



# Oscar J. Hale, Jr.

State District Judge
406TH Judicial District Court
1110 Victoria St., Suite 402
Laredo, Texas 78040
406@webbcountytx.gov



**TELEPHONE NO. (956) 523-4954**
**FAX NO. (956) 523-5074**

December 16, 2019

CAUSE NO.:    2019CVK002461D4

STYLE:    ESPERANZA PEREZ AND GUILLERMO MARTINEZ, INDIVIDUALLY
AND ON BEHALF OF THE ESTATE OF ISIDRO MARTINEZ PERES, DECEASED
VS
DOCTORS HOSPITAL OF LAREDO; UNIVERSAL HEALTH SERVICES INC.;
JANE DOE 1; JANE DOE 2

Please take NOTICE that this case is set for **CALENDAR CALL** on 03/30/2020
at 2:00 PM at the 406th District Court, 4th Floor, Webb County Justice Center.

All Calendar Call hearings will be in open court and on the record before the Honorable Judge
Oscar J. Hale, Jr. Your presence is MANDATORY unless Counsel for Plaintiff(s) and Defendant(s)
file a Joint Pre-Trial Guideline Order (PTGO) with all counsel signatures on the PTGO.

You may download the PTGO at our website: www.Webbcountytx.gov/DC406th/Forms

Counsel for Plaintiff(s) please note that if you fail to appear your case may be dismissed for lack of
prosecution.

Counsel for Defendant(s) please note that if you fail to appear for calendar call, a pre-trial
guideline order may be entered with or without your approval and/or signature.

If there are any questions regarding this matter please feel free to call our office at any time.

Cruz Maldonado
Civil Court Coordinator

A True copy of the original I certify
the _____ 13th _____ day of _Jan_ 20 _20_
ESTHER DEGOLLADO
Clerk of the District Courts and
County Court at Law, Webb County, Texas
By _____ Deputy

## ** Transmit Confirmation Report **

P.1                                                    Dec 17 2019 04:18pm
WEBB CO DISTRICT CLERK Fax:956-523-5121

| Name/Fax No. | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 97272696 | Fine | 17.04:17pm | 0'53" | 1 | * O K | |



TELEPHONE NO. (956) 523-4954
FAX NO. (956) 523-5074

## Oscar J. Hale, Jr.

State District Judge
406TH Judicial District Court
1110 Victoria St., Suite 402
Laredo, Texas 78040
406@webbcountytx.gov

December 16, 2019

CAUSE NO.:   2019CVK002461D4

STYLE:   ESPERANZA PEREZ AND GUILLERMO MARTINEZ, INDIVIDUALLY
AND ON BEHALF OF THE ESTATE OF ISIDRO MARTINEZ PERES, DECEASED
VS
DOCTORS HOSPITAL OF LAREDO; UNIVERSAL HEALTH SERVICES INC.;
JANE DOE 1; JANE DOE 2

Please take NOTICE that this case is set for **CALENDAR CALL** on 03/30/2020
at 2:00 PM at the 406th District Court, 4th Floor, Webb County Justice Center.

All Calendar Call hearings will be in open court and on the record before the Honorable Judge
Oscar J. Hale, Jr. Your presence is MANDATORY unless Counsel for Plaintiff(s) and Defendant(s)
file a Joint Pre-Trial Guideline Order (PTGO) with all counsel signatures on the PTGO.

You may download the PTGO at our website: www.Webbcountytx.gov/DC406th/Forms

Counsel for Plaintiff(s) please note that if you fail to appear your case may be dismissed for lack of
prosecution.

Counsel for Defendant(s) please note that if you fail to appear for calendar call, a pre-trial
guideline order may be entered with or without your approval and/or signature.

If there are any questions regarding this matter please feel free to call our office at any time.

Cruz Maldonado
Civil Court Coordinator

A True copy of the original. I certify
the ____ day of ____ 20 ____
ESTHER DEGOLLADO
Clerk of the District Courts and
County Court at Law, Webb County, Texas
By _____ Deputy

# RETURN
### 2019CVK002461D4

**CITATION**

**THE STATE OF TEXAS**
**COUNTY OF WEBB**

CALENDAR CALL COURT DATE:
3/30/2020   AT   2:00 PM

**NOTICE TO THE DEFENDANT:** "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY.   IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."

**TO:**   DOCTORS HOSPITAL OF LAREDO
BY SERVING ITS REGISTERED AGENT: JIM RESENDEZ, CHIEF EXECUTIVE OFFICER
RAYOND RAMOS, CHIEF OPERATING OFFICER
REBECCAA GARCIA HERNANDEZ, ASSISTANT CHIEF NURSING OFFICER OR
MARK A. REQUENA, CHIEF FINANCIAL OFFICER
10700 MCPHERSON RD
LAREDO TX   78045

**DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE 406th District** Court of Webb County, Texas, to be held at the said courthouse of said county in the city of Laredo, Webb County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday next after the expiration of 20 days after the date of service thereof, a copy of which accompanies this citation, in the Cause #: 2019CVK002461D4, styled:
**ESPERANZA PEREZ; GUILLERMO MARTINEZ, PLAINTIFFS**
**VS.**
**DOCTORS HOSPITAL OF LAREDO; UNIVERSAL HEALTH SERVICES INC.;**
**JANE DOE 1; JANE DOE 2, DEFENDANTS**
Said Plaintiff's Petition was filed on 12/10/2019 in said court by:
**BALDEMAR GARCIA, Jr., ATTORNEY FOR PLAINTIFF**
**602 E CALTON RD FL 2**
**LAREDO TX   78041**

**WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS,** Issued and given under my hand and seal of said court at office, on this the 16th day of December, 2019.

**C L E R K   O F   C O U R T**

ESTHER DEGOLLADO
WEBB COUNTY DISTRICT CLERK
P.O. BOX 667
LAREDO, TX  78042

BY: _____ DEPUTY
Diana Vela

2019CVK002461D4

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 2019 at
_____ O'CLOCK _____.M.      Executed      at
_____, within the COUNTY of _____
at _____ O'CLOCK ____.M. on the _____ day of
_____, 2019, by delivering to the within named
**DOCTORS HOSPITAL OF LAREDO**, each, in person, a true copy of this
citation together with the accompanying copy of the petition,
having first attached such copy of such petition to such copy of
citation and endorsed on such copy of citation the date of
delivery.

The distance actually travelled by me in serving such process
was _____ miles, and my fees are as follows:

Total Fee for serving this citation    $ _____.

To certify which, witness my hand officially.

_____
SHERIFF, CONSTABLE

_____ COUNTY, TEXAS

BY _____
                              DEPUTY

**THE STATE OF TEXAS }**
**COUNTY OF WEBB      }**

Before me, the undersigned authority, on this day personally
appeared _____, who after being duly
sworn, upon oath said that a notice, of which the above is a
true copy, was by him/her delivered to
_____ on the
_____ day of _____, _____.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of
_____, _____, to certify which witness my hand and
seal of office.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES

_____

A True Copy of the original I certify
the _____ day of _____ Jan _____ 20 _____
ESTHER DEGOLLADO
Clerk of the District Courts and
County Court at Law Webb County, Texas
By _____ Deputy

A True copy of the original I certify
the ____ __ day of _Jan_ 20 _20_
ESTHER DEGOLLADO
Clerk of the District Courts and
County at Law, Webb County, Texas
By _____ Deputy

**SERVE**

**CITATION**

2019CVK002461D4

**THE STATE OF TEXAS**
**COUNTY OF WEBB**

CALENDAR CALL COURT DATE:
3/30/2020   AT   2:00 PM

**NOTICE TO THE DEFENDANT:** "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN
ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER
WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE
MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU
WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY
BE TAKEN AGAINST YOU."

**TO:** DOCTORS HOSPITAL OF LAREDO
BY SERVING ITS REGISTERED AGENT: JIM RESENDEZ, CHIEF EXECUTIVE OFFICER
RAYOND RAMOS, CHIEF OPERATING OFFICER
REBECCAA GARCIA HERNANDEZ, ASSISTANT CHIEF NURSING OFFICER OR
MARK A. REQUENA, CHIEF FINANCIAL OFFICER
10700 MCPHERSON RD
LAREDO TX 78045

**DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE
HEREBY COMMANDED TO APPEAR BEFORE THE 406th District Court** of Webb
County, Texas, to be held at the said courthouse of said county in the
city of Laredo, Webb County, Texas, by filing a written answer to the
Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday
next after the expiration of 20 days after the date of service
thereof, a copy of which accompanies this citation, in the Cause #:
2019CVK002461D4, styled:
**ESPERANZA PEREZ; GUILLERMO MARTINEZ, PLAINTIFFS**
**VS.**
**DOCTORS HOSPITAL OF LAREDO; UNIVERSAL HEALTH SERVICES INC.;**
**JANE DOE 1; JANE DOE 2, DEFENDANTS**
Said Plaintiff's Petition was filed on 12/10/2019 in said court by:
**BALDEMAR GARCIA, Jr., ATTORNEY FOR PLAINTIFF**
**602 E CALTON RD FL 2**
**LAREDO TX  78041**

**WITNESS ESTHER DEGOLLADO,** DISTRICT CLERK OF WEBB COUNTY, TEXAS,
Issued and given under my hand and seal of said court at office,
on this the 16th day of December, 2019.

**C L E R K   O F   C O U R T**

ESTHER DEGOLLADO
WEBB COUNTY DISTRICT CLERK
P.O. BOX 667
LAREDO, TX 78042

BY: _____ DEPUTY
Diana Vela

2019CVK002461D4

### OFFICER'S RETURN

Came to hand on the _____ day of _____, 2019 at
_____ O'CLOCK _____.M. Executed at
_____, within the COUNTY of _____
at _____ O'CLOCK _____.M. on the _____ day of
_____, 2019, by delivering to the within named
DOCTORS HOSPITAL OF LAREDO, each, in person, a true copy of this
citation together with the accompanying copy of the petition,
having first attached such copy of such petition to such copy of
citation and endorsed on such copy of citation the date of
delivery.

The distance actually travelled by me in serving such process
was _____ miles, and my fees are as follows:

Total Fee for serving this citation    $ _____.

To certify which, witness my hand officially.


_____
SHERIFF, CONSTABLE

_____ COUNTY, TEXAS

BY _____
                        DEPUTY

**THE STATE OF TEXAS }**
**COUNTY OF WEBB      }**

Before me, the undersigned authority, on this day personally
appeared _____, who after being duly
sworn, upon oath said that a notice, of which the above is a
true copy, was by him/her delivered to
_____ on the
_____ day of _____, _____.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of
_____, _____, to certify which witness my hand and
seal of office.


_____
                      NOTARY PUBLIC
                      MY COMMISSION EXPIRES
                      _____

# RETURN

**2019CVK002461D4**

## CITATION

**THE STATE OF TEXAS**
**COUNTY OF WEBB**

CALENDAR CALL COURT DATE:
3/30/2020   AT   2:00 PM

**NOTICE TO THE DEFENDANT:** "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY.  IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."

**TO:** DOCTORS HOSPITAL OF LAREDO
   BY SERVING ITS REGISTERED AGENT: JIM RESENDEZ, CHIEF EXECUTIVE OFFICER
   RAYOND RAMOS, CHIEF OPERATING OFFICER
   REBECCAA GARCIA HERNANDEZ, ASSISTANT CHIEF NURSING OFFICER
   MARK A. REQUENA, CHIEF FINANCIAL OFFICER
   10700 MCPHERSON RD
   LAREDO TX  78045

**DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE 406th District Court** of Webb County, Texas, to be held at the said courthouse of said county in the city of Laredo, Webb County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday next after the expiration of 20 days after the date of service thereof, a copy of which accompanies this citation, in the Cause #: 2019CVK002461D4, styled:

### ESPERANZA PEREZ; GUILLERMO MARTINEZ, PLAINTIFFS
### VS.
### DOCTORS HOSPITAL OF LAREDO; UNIVERSAL HEALTH SERVICES INC.; JANE DOE 1; JANE DOE 2, DEFENDANTS

Said Plaintiff's Petition was filed on 12/10/2019 in said court by:
   **BALDEMAR GARCIA, Jr., ATTORNEY FOR PLAINTIFF**
   **602 E CALTON RD FL 2**
   **LAREDO TX  78041**

**WITNESS ESTHER DEGOLLADO,** DISTRICT CLERK OF WEBB COUNTY, TEXAS, Issued and given under my hand and seal of said court at office, on this the 16th day of December, 2019.

## CLERK OF COURT

ESTHER DEGOLLADO
WEBB COUNTY DISTRICT CLERK
P.O. BOX 667
LAREDO, TX  78042

BY: _____ DEPUTY
   Diana Vela

OFFICERS RETURN

CAUSE # *2019 CVK0024161-D4*

Received this citation on *DECEBER 18*, 2019, at *10:00*, *A*.M. Executed at *10700 McPHERSON RD*., within the County of *WEBB*, State of Texas, on *DECEMBER, 20*, 2019, at *11:00*, *A*.M., by delivering to the within named individual (s), *DOCTORS HOSPITAL OF LAREDO, C/O: REGESTERED AgenT: JIM RESENDEZ* each, in person, a true copy of this citation, together with an accompanying copy of plaintiff's original petition, having first endorsed on the citation the date of delivery.

My fees for service of process are as follows:

|  | |
|---|---|
| For serving Citation | $_____ |
| Other_____ | $_____ |
| Total Fees | $_____ |

To certify which witness my hand.

_____, Sheriff/Constable
County of *WEBB*_____, State of Texas
By: _____, Deputy

OR

ANTONIO GUARDIOLA, Certified Process Server
      PSC-544      Identification number
    JUNE 30, 2020    Expiration of Certification

JURAT

My name is ANTONIO GUARDIOLA, my date of birth is 12-02-54, and my address is 8982 FOGGY LP. I declare under penalty of perjury that the foregoing Return of Citation is true and correct. Executed in the County of *WEBB*_____, State of Texas, on the *20*, day of *DECEMBER*_____, 2019

_____
Declarant

    SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of _____ 2019, to certify which witness my hand and seal of office.

_____
Notary Public/Court Clerk

A True copy of the original I certify
the _____ day of _____ 20__
ESTHER DEGOLLADO
Clerk of the District Courts and
_____ Court at Law, Webb County, Texas
By _____ Deputy

# RETURN

2019CVK002461D4

## CITATION BY CERTIFIED MAIL
### THE STATE OF TEXAS

NOTICE TO THE DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."

TO:   UNIVERSAL HEALTH SERVICES INC.
      BY SERVING CORPORATION SERVICE COMPANY
      D/B/A CSC-LAWYERS INCORPORATING SERVICE COMPANY
      211 E 7TH STREET SUITE 620
      AUSTIN TX   78701-3218

CALENDAR CALL COURT DATE:
3/30/2020  AT  2:00 PM

DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE 406TH DISTRICT COURT of Webb County, Texas, to be held at the said courthouse of said county in the city of Laredo, Webb County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday next after the expiration of 20 days after the date of service thereof, a copy of which accompanies this citation, in the Cause #: 2019CVK002461D4, styled:

**ESPERANZA PEREZ; GUILLERMO MARTINEZ, PLAINTIFFS**
**VS.**
**DOCTORS HOSPITAL OF LAREDO; UNIVERSAL HEALTH SERVICES INC.;**
**JANE DOE 1; JANE DOE 2, DEFENDANTS**

Said Plaintiff's Petition was filed on 12/10/2019 in said court by:
      BALDEMAR GARCIA, Jr., ATTORNEY FOR PLAINTIFF
      602 E CALTON RD FL 2
      LAREDO TX   78041

WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS, issued and given under my hand and seal of said court at office, on this the 16th day of December, 2019.

### C  L  E  R  K    O  F    C  O  U  R  T

ESTHER DEGOLLADO, CLERK OF WEBB COUNTY, TEXAS
P.O. BOX 667
LAREDO, TX 78042

BY: _____ DEPUTY
          DIANA VELA

### CLERK'S CERTIFICATE OF SERVICE

I, Clerk of the District Courts and County Court at Law of Webb County, certify that I executed the foregoing citation in Webb County, Texas on this the 16th day of December, 2019 by placing in the United States mail a true copy of this citation, with true copy of the aforesaid Pleading attached thereto, via Certified Mail No. 7016 1970 0000 8796 5428 ADDRESSED TO: UNIVERSAL HEALTH SERVICES INC., 211 E 7TH STREET SUITE 620, AUSTIN TX  78701-3218 and endorsed thereon "RETURN RECEIPT REQUESTED," after having first endorsed on said copy of said citation the date of mailing and the name and address of the within-named recipient, to certify which witness my hand officially on this the 16th day of December, 2019.

                    ESTHER DEGOLLADO
                    CLERK OF THE DISTRICT COURTS AND
                    COUNTY COURT-AT-LAW
                    OF WEBB COUNTY, TEXAS

ATTACH EVIDENCE OF MAILING
AND RETURN RECEIPT HERE.

BY: _____ DEPUTY
          Diana Vela

ESTHER DEGOLLADO
Clerk of the District Courts and
County Courts at Law Webb County, Texas
By _____ Deputy

A True copy of the original I certify
the ___ 13th ___ day of ___ Jan ___ 20

**SERVE**
2019CVK002461D4

## CITATION BY CERTIFIED MAIL
### THE STATE OF TEXAS

NOTICE TO THE DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."

TO: UNIVERSAL HEALTH SERVICES INC.
BY SERVING CORPORATION SERVICE COMPANY
D/B/A CSC-LAWYERS INCORPORATING SERVICE COMPANY
211 E 7TH STREET SUITE 620
AUSTIN TX  78701-3218

CALENDAR CALL COURT DATE:
3/30/2020  AT  2:00 PM

DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE 406TH DISTRICT COURT of Webb County, Texas, to be held at the said courthouse of said county in the city of Laredo, Webb County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday next after the expiration of 20 days after the date of service thereof, a copy of which accompanies this citation, in the Cause #: 2019CVK002461D4, styled:

ESPERANZA PEREZ; GUILLERMO MARTINEZ, PLAINTIFFS

VS.

DOCTORS HOSPITAL OF LAREDO; UNIVERSAL HEALTH SERVICES INC.;
JANE DOE 1; JANE DOE 2, DEFENDANTS

Said Plaintiff's Petition was filed on 12/10/2019 in said court by:
BALDEMAR GARCIA, Jr., ATTORNEY FOR PLAINTIFF
602 E CALTON RD FL 2
LAREDO TX  78041

WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS, issued and given under my hand and seal of said court at office, on this the 16th day of December, 2019.

C  L  E  R  K   O  F   C  O  U  R  T

ESTHER DEGOLLADO, CLERK OF WEBB COUNTY, TEXAS
P.O. BOX 667
LAREDO, TX 78042

BY: _____  DEPUTY
DIANA VELA

### CLERK'S CERTIFICATE OF SERVICE

I, Clerk of the District Courts and County Court at Law of Webb County, Texas, certify that I executed the foregoing citation in Webb County, Texas on this the 16th day of December, 2019 by placing in the United States mail a true copy of this citation, with true copy of the aforesaid Pleading attached thereto, via **Certified Mail No. 7016 1970 0000 8796 5428** ADDRESSED TO: **UNIVERSAL HEALTH SERVICES INC., 211 E 7TH STREET SUITE 620, AUSTIN TX  78701-3218** and endorsed thereon "RETURN RECEIPT REQUESTED," after having first endorsed on said copy of said citation the date of mailing and the name and address of the within-named recipient, to certify which witness my hand officially on this the 16th day of December, 2019.

ATTACH EVIDENCE OF MAILING
AND RETURN RECEIPT HERE.

ESTHER DEGOLLADO
CLERK OF THE DISTRICT COURTS AND
COUNTY COURT-AT-LAW
OF WEBB COUNTY, TEXAS

BY: _____  DEPUTY
Diana Vela

A True copy of the original I certify

~~~~ day of ~~~~ 20~~~~

ESTHER DEGOLLADO

Clerk of the District Courts and

County Court at Law, Webb County, Texas

~~~~ Deputy

**RETURN**

2019CVK002461D4

**CITATION BY CERTIFIED MAIL**
**THE STATE OF TEXAS**

NOTICE TO THE DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."

TO: UNIVERSAL HEALTH SERVICES INC.
    BY SERVING CORPORATION SERVICE COMPANY
    D/B/A CSC-LAWYERS INCORPORATING SERVICE COMPANY
    211 E 7TH STREET SUITE 620
    AUSTIN TX  78701-3218

CALENDAR CALL COURT DATE:
3/30/2020 AT 2:00 PM

DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE 406TH DISTRICT COURT of Webb County, Texas, to be held at the said courthouse of said county in the city of Laredo, Webb County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday next after the expiration of 20 days after the date of service thereof, a copy of which accompanies this citation, in the Cause #: 2019CVK002461D4, styled:

ESPERANZA PEREZ; GUILLERMO MARTINEZ, PLAINTIFFS

VS.

[O]; UNIVERSAL HEALTH SERVICES INC.;
[J]ANE DOE 2, DEFENDANTS
[ ]10/2019 in said court by:
[ ]EY FOR PLAINTIFF

[ ] OF WEBB COUNTY, TEXAS, issued and given under my hand
[ ] the 16th day of December, 2019.

O   F   C   O   U   R   T
[CO]UNTY, TEXAS

_____
DIANA VELA

DEPUTY

[CER]TIFICATE OF SERVICE

I, Clerk of the District Courts, and County Court at Law of Webb County, [Texas] certify that I executed the foregoing citation in Webb County, Texas on this the 16th day of December, 2019 by placing in the United States mail a true copy of this citation, with true copy of the aforesaid Pleading attached thereto, via Certified Mail No. 7016 1970 0000 8796 5428 ADDRESSED TO: UNIVERSAL HEALTH SERVICES INC., 211 E 7TH STREET SUITE 620, AUSTIN TX  78701-3218 and endorsed thereon "RETURN RECEIPT REQUESTED," after having first endorsed on said copy of said citation the date of mailing and the name and address of the within-named recipient, to certify which witness my hand officially on this the 16th day of December, 2019.

ESTHER DEGOLLADO
CLERK OF THE DISTRICT COURTS AND
COUNTY COURT-AT-LAW
OF WEBB COUNTY, TEXAS

ATTACH EVIDENCE OF MAILING
AND RETURN RECEIPT HERE.

BY: _____ DEPUTY
    Diana Vela

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage $

Total Postage and $

Sent To  UNIVERSAL HEALTH SERVICES INC.
BY SERVING CORPORATION SERVICE
Street and Apt. No., COMPANY D/B/A CSC-LAWYERS
INCORPORATING SERVICE COMPANY
211 E. 7TH STREET, SUITE 620
City, State, ZIP+4  AUSTIN, TX  78701-3218

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7016 1970 0000 8796 5428